**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -X
Millbrook School,

                              07 CIVIL 3471 (SCR)

        Plaintiff   :     **JUDGMENT**

  -against-              :

Howard A. Rothenberg and
Elizabeth Rothenberg

                          :
        Defendants
- - - - - - - - - - - - - - - - - -X



    Whereas the above entitled action having been assigned to the to the calendar of Honorable Stepehn C. Robinson, U.S.D.J., and the Court thereafter on June 22, 2007, having handed down its order after the court having been advised that all claims asserted in the above entitled action having been settled, it is Ordered, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within Sixty (60) days of the date hereof, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby is discontinued subject to reopening should the

settlement not be concluded within Sixty (60) days of the date hereof.

Dated: White Plains, New York
      June 25, 2007

          *J. Michael McMahon*
          Clerk

i:/judgment/millbrookschool.741

E.O.D.